# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:10CR3006 |
| V. | ) | |
| MICHAEL J. LONGS, | ) | ORDER |
| Defendant. | ) | |

On the defendant's oral motion, and with the agreement of the government,

IT IS ORDERED that Defendant Longs' sentencing is continued to Tuesday, May 15, 2012, at 12:00 noon, before the undersigned United States district judge, 5th Floor, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court. Additional sentencing continuances will not be granted.

DATED this 27th day of January, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge